**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Alvaro**<br>First name<br><br>_____<br>Middle name<br><br>**Sales**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6618 | |

Debtor 1  **Alvaro Sales**                                      Case number *(if known)*

|    |                                                         | **About Debtor 1:**                                                                                                                                 | **About Debtor 2 (Spouse Only in a Joint Case):**                                                                                                                   |
|----|---------------------------------------------------------|-----|-----|
| 4. | **Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| 5. | **Where you live**                                      | **83 Newton Avenue**<br>**Sussex, NJ 07461**<br>Number, Street, City, State & ZIP Code<br><br>**Sussex**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**P.O. Box 53**<br>**Sussex, NJ 07461**<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Alvaro Sales** _____  Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor _____ | Relationship to you _____ |
| District _____ When _____ | Case number, if known _____ |
| Debtor _____ | Relationship to you _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Alvaro Sales** _____    Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Debtor 1  **Alvaro Sales** _____  Case number *(if known)* _____

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Alvaro Sales**   Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Alvaro Sales**
**Alvaro Sales**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **September 19, 2023**
MM / DD / YYYY

Executed on
MM / DD / YYYY

| Debtor 1 | **Alvaro Sales** | Case number *(if known)* |
|---|---|---|

| | | |
|---|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. | |

**/s/ Virginia E. Fortunato**
Signature of Attorney for Debtor

Date **September 19, 2023**
MM / DD / YYYY

**Virginia E. Fortunato**
Printed name

**VIRGINIA E. FORTUNATO, L.L.C.**
Firm name

**One Kinderkamack Road**
**Hackensack, NJ 07601**
Number, Street, City, State & ZIP Code

Contact phone  **201-673-5777**      Email address

**0787 NJ**
Bar number & State

Achieve Personal Loan
POB 204791
Dallas, TX 75320-4791


Alltran Financial, LP
POB 15379
Wilmington, DE 19850


Alltran Financial, LP
10900 Corporate Centre
Drive #100
Houston, TX 77041


Amazon Corporate Office & Headquarters
410 Terry Avenue North
Seattle, WA 98109-5210


Atlantic Health System
POB 21385
New York, NY 10087-1385


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


Bank of America
Po Box 982238
El Paso, TX 79998


Bank of America, N.A.
Att: Court Officer William DeGuilo
POB 7000
Green Brook, NJ 08812-7000


Bank of America, NA (FDIC)
100 North Tryon Street
Charlotte, NC 28202


Best Egg
POB 207865
Dallas, TX 75320-7865

```
Best Egg
1523 Concord Pike
Suite 201
Wilmington, DE 19803


Best Egg
Po Box 42912
Philadelphia, PA 19101


Best Egg Headquarters
1523 Concord Pike - Suite 302
Wilmington, DE 19803


Capital One
POB 4069
Carol Stream, IL 60197-4069


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One
Po Box 31293
Salt Lake City, UT 84131


Capital One Bank (USA), N.A. (FDIC)
Headquarters
4851 Cox Road
Glen Allen, VA 23060


Celentano, Stadtmauer & Walentowicz
1035 Route 46 East, #B208
P.O. Box 2594
Clifton, NJ 07015-2594


Chase Auto Finance
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101


Chase Auto Finance
700 Kansas Lane
Monroe, LA 71203
```

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

Citibank
Po Box 6217
Sioux Falls, SD 57117

Citibank, N.A. (FDIC)
5800 S Corporate Place
Sioux Falls, SD 57108

Clark Family Law
1 Main Street, Suite 8
Sparta, NJ 07871

Clark Family Law, LLC
POB 946
Sparta, NJ 07871

Cross River Bank (FDIC)
885 Teaneck Road
Teaneck, NJ 07666

Discover
POB 70176
Philadelphia, PA 19176-0176

Discover Bank (FDIC)
502 E. Market Street
Greenwood, DE 19950

Discover Bank Corporate
c/o Discover Products, Inc.
6500 New Albany Rd.
New Albany, OH 43054

Discover Bank Headquarters
2500 Lake Cook Road
Riverwoods, IL 60015

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Discover Financial
Po Box 30939
Salt Lake City, UT 84130

Equifax
1550 Peartree St. NW
Atlanta, GA 30309

Equifax
P.O. Box 105851
Atlanta, GA 30348

Evergreen Bank Group/Freedom Road Fin.
1515 West 22nd Street, Suite 100W
Oak Brook, IL 60523

Experian
475 Anton Boulevard
Costa Mesa, CA 92626

Experian
P.O. Box 2002
Allen, TX 75013

Fifth Third Bank
Att:  Bankruptcy Department
1830 E Paris Avenue SE
Grand Rapids, MI 49546

Fifth Third Bank (FDIC)
38 Fountain Square Plaza
Cincinnati, OH 45263

Freedom Road Financial
POB 4597
Oak Brook, IL 60522-4597

Freedom Road Financial
Attn: Bankruptcy
10509 Professional Circle, Suite 100
Reno, NV 89521

Freedom Road Financial
10605 Double R Blvd
Reno, NV 89521

FreedomPlus
Attn: Bankruptcy
Po Box 2340
Phoenix, AZ 85002

FreedomPlus
1875 South Grant Street
San Mateo, CA 94402

Grnsky/thdlnsvc/fiftht
1797 Ne Expressway
Atlanta, GA 30329

Hackensack University Medical Center
30 Prospect Avenue
Hackensack, NJ 07601

Home Depot Corporate Offices
2455 Paces Ferry Road NW
Atlanta, GA 30339

Home Loan Project Loan
POB 2730
Alpharetta, GA 30023

Internal Revenue Service
P.O. Box 7436
Philadelphia, PA 19101-7436

Internal Revenue Service
955 S. Springfield Avenue, Bldg. A
Springfield, NJ 07081

JP Morgan Chase Auto
700 Kansas LN Mail Code LA
Monroe, LA 71203

```
JPMorgan Chase Bank (FDIC)
1111 Polaris Parkway
Columbus, OH 43240


Kikoff Lending
POB 40070
Reno, NV 89504


Kikoff Lending Llc
75 Broadway
San Francisco, CA 94111


Kikoff Lending, LLC
Attn: Bankruptcy
75 Broadway Suite 226
San Francisco, CA 94111


Laemers Murphy & Neggia, LLC
97 Main Street
Newton, NJ 07860


M&T Bank
POB 64679
Baltimore, MD 21264-4679


M&T Bank
Lending Services, Customer Support
POB 900
Millsboro, DE 19966


M&T Bank
Lending Services Customer Service
POB 900
Millsboro, DE 19966


M&T Bank (FDIC)
Manufacturers and Traders Trust Co
One M&T Plaza
Buffalo, NY 14203


M&T Credit Services
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240
```

```
M&T Credit Services
Po Box 900
Millsboro, DE 19966


Mariann C. Murphy, Esq.
97 Main Street
Newton, NJ 07860


MRS BPO, L.L.C.
1930 Olney Avenue
Cherry Hill, NJ 08003


New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
3 John Finch Way - 5th Floor
P.O. Box 245
Trenton, NJ 08695-0267


New Rez
c/o PHH Mortgage Services
POB 24738
West Palm Beach, FL 33416


NewRez LLC
1100 Virginia Drive
Suite 125
Fort Washington, PA 19034


Newton Imaging, PA
57 Route 46E, Suite 209
Hackettstown, NJ 07840-2695


Newton Imaging, PA
Mailstop: 71828672
POB 660535
Dallas, TX 75266-0535


NJ Attorney General Office
Divsion of Law
25 Market Street, P.O.B. 112
Trenton, NJ 08625-0112


Ocwen Loan Servicing, LLC
1 Mortgage Way
Mount Laurel, NJ 08054
```

```
Ocwen Loan Servicing, LLC/PHH
Attn: Bankruptcy
1661 Worthington Rd, Ste 100
West Palm Beach, FL 33409


Optimum Corporate Office & Headquarters
Stamford Town Center Mall
100 Greyrock Place - Third Floor
Stamford, CT 06901


Pay Pal Corporate Office Headquarters
2211 North First Street
San Jose, CA 95131


PHH Mortgage
POB 5452
Mount Laurel, NJ 08054


Rubin & Rothman, LLC
1787 Veterans Highway
Islandia, NY 11749


Rubin & Rothman, LLC
POB 9003
Islandia, NY 11749


Stephanie Sales
Att:  Mariann C. Murphy, Esq.
Laemers Murphy & Neggia, LLC
97 Main Street
Newton, NJ 07860


Stephanie Sales
83 Newton Avenue
Sussex, NJ 07461


Stephanie Sales
83 Newton Avenue
Sussex, NJ 07461-1501


Sunrise Credit Services, Inc.
P.O. Box 9004
Melville, NY 11747-9004
```

```
Sussex County Probation
Attn: Child Support
43-47 High Street
Newton, NJ 07860


Synchrony Bank (FDIC)
170 West Election Road - Suite 125
Draper, UT 84020


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Amazon
Po Box 71737
Philadelphia, PA 19176


Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony/PayPal Credit
Po Box 71727
Philadelphia, PA 19176


Trans Union
P.O. Box 2000
Chester, PA 19022-2000


Trans Union Corporate Office
555 W. Adams Street
Chicago, IL 60661


US Attorney for the District of NJ
Att: Civil Process
970 Broad Street - 7th Floor
Newark, NJ 07102


US Attorney General's Office
950 Pennsylvanie Avenue NW
Washington, DC 20530
```

```
US Bank, NA (FDIC)
425 Walnut Street
Cincinnati, OH 45202


US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201


US Bank/RMS
Cb Disputes
Saint Louis, MO 63166


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328


Wells Fargo Bank NA
Po Box 14517
Des Moines, IA 50306


Wells Fargo Bank,  N.A. (FDIC)
101 North Phillips Avenue
Sioux Falls, SD 57104


Wells Fargo Bank, NA
POB 77053
Minneapolis, MN 55480-7753


Wells Fargo Corporate Office
420 Montgomery Street
San Francisco, CA 94104
```